UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARWIN GREWE, and VICKIE GREWE, husband and wife,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>PROGRESSIVE NORTHWESTERN INSURANCE COMPANY,<br><br>　　　　　Defendant. | NO. 2:14-cv-00217 SAB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　Before the Court is the parties' Stipulation for Dismissal With Prejudice, ECF No. 10. The parties indicate the above-captioned case has been resolved and ask that it be dismissed with prejudice and without attorneys' fees or costs to any party.

　　Accordingly**, IT IS HEREBY ORDERED:**

　　1. The parties' Stipulation for Dismissal With Prejudice, ECF No. 10, is **GRANTED**.

　　2. The above-captioned case is **dismissed** with prejudice and without costs to any party.

//

//

**ORDER OF DISMISSAL WITH PREJUDICE** ~ 1

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 7th day of October, 2014.



_____
Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL WITH PREJUDICE** ~ 2